Benson L. Hathaway, Jr. (Utah Bar No. 4219)
**KIRTON McCONKIE**
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
bhathaway@kmclaw.com

*Attorneys for Plaintiff Ivory Development, LLC*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| IVORY DEVELOPMENT, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation,<br><br>    Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:21-cv-00257-DAK<br><br>Judge Dale A. Kimball |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Ivory Development, LLC ("Plaintiff"), by and through counsel of record, hereby gives notice that it voluntarily dismisses with prejudice all claims and allegations raised against Defendant Fidelity National Title Insurance Company in the Complaint, filed April 27, 2021.

DATED this 17th day of June, 2021.

**KIRTON McCONKIE**

By: /s/ *Benson L. Hathaway, Jr.*
Benson L. Hathaway, Jr.

*Attorneys for Plaintiff Ivory Development, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2021, I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** to be electronically filed using the Court's electronic filing system, which sent electronic notification of the filing to the following:

Sara E. Bouley
ACTION LAW LLC
2825 E Cottonwood Pkwy, Suite 500
Salt Lake City, Utah 84121
sara@actionlawutah.com

/s/ Juelene Smith

4813-5719-5246, v. 1

2